STATE of Missouri, Respondent,

v.

Leron JOHNSON, Appellant.

No. ED 86122.

Missouri Court of Appeals,
Eastern District,
Division Three.

June 13, 2006.

Michelle M. Rivera, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Robert J. (Jeff) Bartholomew, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before KATHIANNE KNAUP CRANE, P.J., LAWRENCE E. MOONEY and BOOKER T. SHAW, JJ.

### ORDER

PER CURIAM.

Leron D. Johnson appeals from the judgment entered upon his conviction by a jury for second-degree trafficking, Section 195.223, RSMo 2000. No jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. The parties, however, have been furnished with a memorandum, for their information only, setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).